Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−18095−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hilda Matta
   28 Virginia Ave
   Northfield, NJ 08225

Social Security No.:
   xxx−xx−1244

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/18/23
Time:            10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 8, 2022
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-18095-JNP

Hilda Matta                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                               Page 1 of 2

Date Rcvd: Nov 08, 2022                      Form ID: 132                          Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Hilda Matta, 28 Virginia Ave, Northfield, NJ 08225-2346 |
| aty | + | Kimberly Wilson, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd. #202, Fairfield, NJ 07004-2927 |
| 519734450 | + | Abigail Matta, 12 Country Cedar Ln, Egg Harbor Township, NJ 08234-1870 |
| 519734452 | + | Deborah T Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519734454 | + | FIG CUST FIGNJ19LLC & SEC PTY, c/o Pellegrino & Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519734458 | | LVNV Funding LLC, PO BOX 345908, c/o Comenity Capital Bank, Minneapolis, MN 55438-5908 |
| 519734461 | + | Pleasantville Tax Collector, 18 North First Street, Pleasantville, NJ 08232-2647 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 08 2022 20:39:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519734451 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 08 2022 20:40:00 | Convergent Outsourcing, Inc., 800 SW 39th St, c/o T-Mobile, Renton, WA 98057-4927 |
| 519734457 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2022 20:39:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519734459 | ^ | MEBN | Nov 08 2022 20:34:23 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519734460 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 08 2022 20:39:00 | PHH Mortgage Service, 1 Mortgage Way, ATTN SV09, Mount Laurel, NJ 08054-4624 |
| 519734463 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 08 2022 20:39:00 | State Of NJ, Division Of Taxation, PO Box 245, Dept. Of Treasury, Trenton, NJ 08695-0245 |
| 519734462 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 08 2022 20:40:00 | Santander Consumer USA, 8585 N Stemmons FWY, STE 110-N, Dallas, TX 75247-3836 |
| 519753322 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 08 2022 20:40:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519734464 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 08 2022 20:39:00 | THD Fortiva/TBOM, 5 Concourse Parkway, Suite 400, Atlanta, GA 30328-9114 |

TOTAL: 11

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: 132 | Total Noticed: 18 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519734453 | *+ | Deborah T Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519734455 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519734456 | * | Internal Revenue Service, Po Box 725 Special Procedures Function, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR GSAMP TRUST 2005-WMC1 k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Seymour Wasserstrum | on behalf of Debtor Hilda Matta mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5