| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Kimberly A. Wilson, Esquire<br>NJBar #031441997 | CASE NO.: 22-18095-JNP<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Hilda Matta,**<br><br>    **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 11), and states as follows:

1. Debtor, Hilda Matta, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 12, 2022.

2. Secured Creditor holds a security interest in the Debtor's real property located at 201N, , New Rd, Pleasantville, NJ 08232, by virtue of a Mortgage recorded on October 18, 2018 at Instrument number 2005111077 of the Public Records of Atlantic County, NJ. Said Mortgage secures a Note in the amount of $148,000.00.

3. The Debtor filed a Chapter 13 Plan on November 7, 2022.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $3,200.97, whereas the Plan proposes to pay only $0.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be

confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $3,200.97 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone Number 973-575-0707

By: /s/Kimberly Wilson
Kimberly Wilson, Esquire
NJ Bar Number  031441997
Email: kimwilson@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Kimberly A. Wilson, Esquire<br>BJ BarID#031441997 | CASE NO.: 22-18095-JNP<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Hilda Matta,**<br><br>    **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Kimberly Wilson, represent Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC1 in this matter.

2. On November 30, 2022, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

11/30/2022

                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                              Attorney for Secured Creditor
                              130 Clinton Road, Suite 202, Lobby B
                              Fairfield, NJ 07004
                              Telephone Number 973-575-0707

                              By: /s/Kimberly Wilson
                              Kimberly Wilson, Esquire
                              NJ Bar Number  031441997
                              Email: kimwilson@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Hilda Matta<br>28 Virginia Ave<br>Northfield, NJ 08225 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |