UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Hilda Matta,

Debtor.

Case No.:  22-18095-JNP

Chapter:  13

Hearing Date:  1/18/2023

Judge:  Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled              ☐  Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 15)

_____

Date: 01/16/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*