Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  22−18095−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hilda Matta
   28 Virginia Ave
   Northfield, NJ 08225

Social Security No.:
   xxx−xx−1244

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 8, 2023.

Dated: June 8, 2023
JAN: jpl

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-18095-JNP

Hilda Matta     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Jun 08, 2023     Form ID: plncf13     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hilda Matta, 28 Virginia Ave, Northfield, NJ 08225-2346 |
| 519734450 | + | Abigail Matta, 12 Country Cedar Ln, Egg Harbor Township, NJ 08234-1870 |
| 519734452 | + | Deborah T Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519734454 | + | FIG CUST FIGNJ19LLC & SEC PTY, c/o Pellegrino & Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519794897 | + | FIG Cust FIGNJ19LLC & Sec Pty, PO Box 669507, Dallas, TX 75266-0395 |
| 519734458 | | LVNV Funding LLC, PO BOX 345908, c/o Comenity Capital Bank, Minneapolis, MN 55438-5908 |
| 519734461 | + | Pleasantville Tax Collector, 18 North First Street, Pleasantville, NJ 08232-2647 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 08 2023 21:04:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519734451 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 08 2023 21:05:00 | Convergent Outsourcing, Inc., 800 SW 39th St, c/o T-Mobile, Renton, WA 98057-4927 |
| 519734457 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2023 21:04:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519734459 | ^ | MEBN | Jun 08 2023 21:03:37 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519789785 | | Email/Text: BKEBN-Notifications@ocwen.com | Jun 08 2023 21:04:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519734460 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 08 2023 21:04:00 | PHH Mortgage Service, PO Box 24781, ATTN: SV 19, West Palm Beach, FL 33416-4781 |
| 519788592 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2023 21:04:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519758257 | | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2023 21:05:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519734463 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 08 2023 21:04:00 | State Of NJ, Division Of Taxation, PO Box 245, Dept. Of Treasury, Trenton, NJ 08695-0245 |
| 519734462 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 08 2023 21:05:00 | Santander Consumer USA, 8585 N Stemmons |

Case 22-18095-JNP    Doc 32    Filed 06/10/23    Entered 06/11/23 00:19:46    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: plncf13 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | FWY, STE 110-N, Dallas, TX 75247-3836 |
| 519753322 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 08 2023 21:05:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519734464 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 08 2023 21:04:00 | THD Fortiva/TBOM, 5 Concourse Parkway, Suite 400, Atlanta, GA 30328-9114 |
| 519784066 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 08 2023 21:04:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519734453 | *+ | Deborah T Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519734455 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519734456 | * | Internal Revenue Service, Po Box 725 Special Procedures Function, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2023          Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2005-WMC1 kimwilson@raslg.com |
| Seymour Wasserstrum | on behalf of Debtor Hilda Matta mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6