Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−18095−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hilda Matta
   28 Virginia Ave
   Northfield, NJ 08225

Social Security No.:
   xxx−xx−1244

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/19/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 22, 2024
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-18095-JNP
Hilda Matta                                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                    Page 1 of 2
Date Rcvd: Jan 22, 2024                 Form ID: 148                                 Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hilda Matta, 28 Virginia Ave, Northfield, NJ 08225-2346 |
| 519734450 | + | Abigail Matta, 12 Country Cedar Ln, Egg Harbor Township, NJ 08234-1870 |
| 519734452 | + | Deborah T Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519734454 | + | FIG CUST FIGNJ19LLC & SEC PTY, c/o Pellegrino & Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519794897 | + | FIG Cust FIGNJ19LLC & Sec Pty, PO Box 669507, Dallas, TX 75266-0395 |
| 519734458 | | LVNV Funding LLC, PO BOX 345908, c/o Comenity Capital Bank, Minneapolis, MN 55438-5908 |
| 519734461 | + | Pleasantville Tax Collector, 18 North First Street, Pleasantville, NJ 08232-2647 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 22 2024 20:53:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519734451 | + | EDI: CONVERGENT.COM | Jan 23 2024 01:40:00 | Convergent Outsourcing, Inc., 800 SW 39th St, c/o T-Mobile, Renton, WA 98057-4927 |
| 519734457 | | EDI: IRS.COM | Jan 23 2024 01:40:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519734459 | ^ | MEBN | Jan 22 2024 20:51:33 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519789785 | | EDI: LCIPHHMRGT | Jan 23 2024 01:39:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519734460 | + | EDI: LCIPHHMRGT | Jan 23 2024 01:39:00 | PHH Mortgage Service, PO Box 24781, ATTN: SV 19, West Palm Beach, FL 33416-4781 |
| 519788592 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2024 20:53:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519758257 | | EDI: Q3G.COM | Jan 23 2024 01:40:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519734463 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 22 2024 20:53:00 | State Of NJ, Division Of Taxation, PO Box 245, Dept. Of Treasury, Trenton, NJ 08695-0245 |
| 519734462 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 22 2024 20:55:00 | Santander Consumer USA, 8585 N Stemmons |

Case 22-18095-JNP  Doc 40  Filed 01/24/24  Entered 01/25/24 00:16:01  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2024 | Form ID: 148 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | FWY, STE 110-N, Dallas, TX 75247-3836 |
| 519753322 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 22 2024 20:55:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519734464 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 22 2024 20:53:00 | THD Fortiva/TBOM, 5 Concourse Parkway, Suite 400, Atlanta, GA 30328-9114 |
| 519784066 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 22 2024 20:53:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519734453 | *+ | Deborah T Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519734455 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519734456 | * | Internal Revenue Service, Po Box 725 Special Procedures Function, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2005-WMC1 kimwilson@raslg.com |
| Seymour Wasserstrum | on behalf of Debtor Hilda Matta mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6